IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF WILLIAM DARULIS and
MARK DARULIS, in representative
capacity,

        Plaintiffs,

    v

CITY AND COUNTY OF SAN FRANCISCO
POLICE OFFICERS GARATE, #902, SGT
SMITH, #1531, LT LEACH, #614,

        Defendants.

No C 02-2194 VRW

ORDER

---

On May 17, 2005, the United States Court of Appeals for the Ninth Circuit entered an amended judgment, which affirmed this court's order dismissing pro se plaintiff Darulis' second amended complaint against defendants. Doc #60. As part of the amended judgment, however, the Ninth Circuit reversed this court's denial of service of process costs pursuant to FRCP 4(d)(2), and remanded for an award of these costs to Darulis. Id. In addition, the

1 Ninth Circuit awarded Darulis his costs on appeal.  Id.

2 Defendants Garate, Smith and Leach failed to comply with
3 plaintiff's request for waiver of service costs in accordance with
4 FRCP 4(d)(2).  As a result, plaintiff incurred service of process
5 costs totaling $90.00 ($30.00 for each individual defendant).
6 Accordingly, the court ORDERS defendants Garate, Smith and Leach
7 <u>each</u> to pay Darulis the amount of $30.00.  Also, Garate, Smith and
8 Leach are jointly and severally liable to Darulis in the amount of
9 $105.00 for his costs on appeal.

11          IT IS SO ORDERED.



14 **VAUGHN R WALKER**
15 **United States District Chief Judge**